UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Government Employees Insurance Company;
GEICO Indemnity Company; GEICO General Insurance
Company; and GEICO Casualty Company,

        Plaintiffs,

  v.

Frank Boatswain; Patrick Auguste, also
known as Sosa; Paul Matthew; and John
Doe Defendants 1-5,

        Defendants.
----------------------------------------------------------------X

JUDGMENT
21-CV-01702 (DG) (LB)

      A Memorandum and Order of the Honorable Diane Gujarati, United States District Judge, having been filed on January 28, 2022, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated December 17, 2021, granting Plaintiffs' Motion for Default Judgment, ECF No. 17, as to Plaintiffs' third and sixth causes of action; awarding Plaintiffs $2,451,144.30 in compensatory damages against Frank Boatswain, Patrick Auguste, and Paul Matthew due to these defendants' fraud; permanently enjoining and restraining Frank Boatswain, Patrick Auguste, and Paul Matthew from submitting applications for insurance policies to GEICO; and dismissing the case against the John Doe Defendants; it is

      ORDERED and ADJUDGED that Plaintiffs' Motion for Default Judgment, ECF No. 17, is granted as to Plaintiffs' third and sixth causes of action; that Plaintiffs are awarded $2,451,144.30 in compensatory damages against Frank Boatswain, Patrick Auguste, and Paul Matthew due to these defendants' fraud; that Frank Boatswain, Patrick Auguste, and Paul Matthew are permanently enjoined and restrained from submitting applications for insurance policies to GEICO; and that this case is dismissed against the John Doe Defendants.

Dated: Brooklyn, New York                           Douglas C. Palmer
        January 31, 2022                                Clerk of Court

                                                         By:    _/s/Jalitza Poveda_
                                                                      Deputy Clerk